ROMAN CATHOLIC CHURCH OF ST. ANTHONY OF PADUA, Jersey City, complainant-respondent,

*v.*

LUDWIKA GORZYNSKI, defendant-appellant.

[Submitted October 19th, 1937. Decided January 26th, 1938.]

*Messrs. Budd & Larner (Mr. John J. Budd,* of counsel), for the defendant-appellant.

*Mr. George E. Cutler,* for the complainant-respondent.

PER CURIAM.

We have carefully considered the evidence, and conclude that it amply justifies in fact and in law the decree from which the appeal is taken.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 15.

*For reversal*—None.